

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Malakai VAN BILLIARD<br><br>　　　　　　　Defendant. | Case No.:  '21 MJ4762<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 10, 2021, within the Southern District of California, Malakai VAN BILLIARD, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Thomas Marzolino Special Agent
　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th of December 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Brad Davis, declare under penalty of perjury, the following is true and correct:

On December 10, 2021, at approximately 09:20 PM, Malaki VAN BILLIARD, ("VAN BILLIARD"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #18. VAN BILLIARD was the driver, sole occupant, and registered owner of a 2015 Mitsubishi Outlander ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer ("CBPO") received two negative Customs declarations from VAN BILLIARD. VAN BILLIARD stated he was crossing the border to go home to San Diego, California. The CBPO inspected the vehicle and observed multiple duct tape packages inside of the rear driver's side door.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in both of the rear doors, the spare tire, and back rests of both front seats of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the seats of the vehicle.

1

Further inspection of the vehicle resulted in the discovery of 49 packages concealed in the front seats, spare tire, and rear doors of the vehicle, with a total approximate weight of 28.2 kgs (62.17 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

VAN BILLIARD was placed under arrest at approximately 1:50 AM.

During a post-Miranda interview, VAN BILLIARD denied knowledge that the narcotics were in the vehicle. VAN BILLIARD stated that he was returning to his home in San Diego, CA. VAN BILLIARD claimed that he had gone to Mexico to visit his girlfriend and have dinner at her grandmother's house. VAN BILLIARD stated that he was at the dinner the entire time in Mexico and that no one borrowed or had access to the vehicle.

VAN BILLIARD was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on December 11, 2021, at San Diego, California

BRAD J DAVIS
Digitally signed by BRAD J DAVIS
Date: 2021.12.11 05:19:58 -08'00'

Brad Davis, Special Agent, Homeland Security Investigations

2

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Malaki VAN BILLIARD, named in this probable cause statement, committed the offense on December 10, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

*Barbara L. Major*  6:31 AM, Dec 11, 2021

Hon. Barbara L. Major         Date/Time

United States Magistrate Judge

3